No. 2,170.—THE STATE OF MONTANA EX REL. B. E. CALKINS, RELATOR, *v.* SECOND JUDICIAL DISTRICT COURT AND HONORABLE MICHAEL DONLAN, A JUDGE THEREOF, RESPONDENTS.

Original application for writ of supervisory control.

Decided February 16, 1905.

PER CURIAM.—Relator's application for a writ of supervisory control herein is hereby denied.

*Messrs. Davies & Haskins,* for Relator.